432 A.2d 262

Montgomery etc. v. Central Builders, Appellant.

Argued March 12, 1980. Barry D. Floyd, for appellant; Jack H. Land, for appellees.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

Order affirmed.

SPAETH and VAN der VOORT, JJ. concurred in the result.

432 A.2d 262

Tkach, Appellant v. Tkach.

Submitted April 16, 1980. Gary P. Fine, for appellant; Harry Stump, for appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.